■
**COM.**

v.

**MILLER, O.**

**29 EDA 2017**

Superior Court of Pennsylvania.

09/28/2017

CP–46–CR–0004797–2013 (Montgomery)

Vacated/Remanded

■

**COM.**

v.

**ADAMS, T.**

**1221 MDA 2016**

Superior Court of Pennsylvania.

09/28/2017

CP–67–CR–0006271–2010 (York)

Affirmed—Application to Withdraw as Counsel Granted

■

**COM.**

v.

**CASWELL, T.**

**309 MDA 2017**

Superior Court of Pennsylvania.

09/28/2017

CP–67–CR–0007203–2015 (York)

Affirmed—Application to Withdraw as Counsel Granted

■

**COM.**

v.

**POWELL, R.**

**656 WDA 2016**

Superior Court of Pennsylvania.

09/28/2017

CP–02–CR–0004937–2015 (Allegheny)

Affirmed

■

**COM.**

v.

**TAGGART, C.**

**591 EDA 2016**

Superior Court of Pennsylvania.

09/29/2017

Reargument Denied 12/7/2017

CP–15–CR–0003001–2014 (Chester)

Affirmed